IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL SHEPHERD,

    Plaintiff,

       v.               2:20-cv-00759

GIANT EAGLE, INC.,

    Defendant.

## ORDER OF COURT

Pursuant to 28 U.S.C. § 455, this Court hereby recuses itself from the above-captioned case and requests that this case be assigned to another member of the Court.

SO ORDERED this 27th day of May, 2020.

 s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

cc:    All counsel of record